IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RONALD V. JACKSON, #268425**                                **PETITIONER**

**VERSUS**                                **CIVIL ACTION NO. 1:05cv305DMR-JMR**

**CITY OF GULFPORT and JIM HOOD**                      **RESPONDENTS**

### FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice for the petitioner's failure to comply with two court orders.

SO ORDERED AND ADJUDGED, this the  18th  day of January, 2006.

                                       **S/DAN M. RUSSELL, JR.**
                                       **UNITED STATES DISTRICT JUDGE**